

United States Department of Justice

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*      *(203) 821-3700*
*157 Church Street, 25th Floor*      *Fax (203) 773-5376*
*New Haven, Connecticut 06510*      *www.justice.gov/usao/ct*

June 29, 2022

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Bradley,*
              Docket No. 22-1207

Dear Ms. Wolfe:

    The appellant, the United States of America, filed its Form B on June 16, 2022, indicating that no additional transcripts will be ordered. Pursuant to Local Rule 31.2 (A), the United States proposes that its opening brief be due on September 15, 2022, which is 91 days after the filing of the Form B.

                                       Sincerely,

                                       VANESSA ROBERTS AVERY
                                       UNITED STATES ATTORNEY

                                       JONATHAN N. FRANCIS
                                       ASSISTANT U.S. ATTORNEY

cc:    Counsel for appellees